# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY PODESTA and STREET SEARCH, LLC, <br>     Plaintiffs <br><br> v. <br><br> JOHN F. HANZEL, ESQUIRE; JOHN F. HANZEL, P.A. ATTORNEYS AT LAW; JOHN P. SCAFIDI; HONEYWOOD ENERGY, LLC (formerly known as BLACKWOOD ENERGY, LLC); JAYSON COLAVALLA; TONY C. SCOTT; SAMUEL V. WATKINS (also known as WATKINS V. SAMUEL); TALC PROPERTIES FL, LLC; TALC PRIVATE VENTURES, LLC; and John Does 1-10, <br>     Defendants | No. 3:15cv375 <br><br> (Judge Munley) |

## ORDER

**AND NOW,** to wit, this 10th day of September 2015, Defendant Hanzel's motion to dismiss (Doc. 14) is hereby **GRANTED** without prejudice to plaintiff filing his complaint in a court within the state of North Carolina. The Clerk of Court is directed to close this case.

> BY THE COURT:
> s/ James M. Munley
> **JUDGE JAMES M. MUNLEY**
> **United States District Court**